# United States District Court
## Southern District of Ohio at Cincinnati

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DONNY CHAZ HOWELL** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 1:09-CR-084<br><br>USM Number: 04886-061<br><br>J. Ravert Clark, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**
[✔] admitted guilt to violation of condition(s) <u>One and Two</u> of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Defendant submitted urine specimens on December 9 and on December 18, 2014 that tested positive for marijuana. | |
| Two | Defendant was indicted for trafficking in and possession of heroin in Ohio state court, and pled guilty to possession, in Hamilton County Common Pleas Court Case No. B1407127. | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: **8041**

Defendant's Year of Birth: **1986**

City and State of Defendant's Residence
**1381 Keyridge Drive**
**Cincinnati, OH 45240**

November 16, 2015
Date of Imposition of Sentence

/s/ Signature of Judicial Officer

**SANDRA S. BECKWITH**, Senior United States District Judge
Name & Title of Judicial Officer

11/16/15
Date

AO 245D (Rev. 12/07) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:09-CR-084 | Judgment - Page 2 of 3 |
| DEFENDANT: | DONNY CHAZ HOWELL | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>Fourteen Months, term to be served consecutively to any time that is remaining to be served on the sentence imposed upon Defendant in Hamilton County, Ohio Case No. B1407127.</u>

[ ] The court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2:00 p.m. on _____.
    [ ] as notified by the United States Marshal but no sooner than
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

 

                                                    UNITED STATES MARSHAL

                                     By _____
                                               Deputy U.S. Marshal